Clarence J. PERRY, Jr., Plaintiff—
Appellant,

v.

J.P. FULTON, Judge: Norfolk Circuit
Court; S. Catherine Dodson, Com-
monwealth Attorney Norfolk Circuit
Court; Walter B. Dalton, Court–Ap-
pointed Attorney Norfolk Circuit
Court, Defendants—Appellees.

No. 08–7953.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 26, 2009.

Decided: March 6, 2009.

Clarence J. Perry, Jr., Appellant Pro Se.

Before NIEMEYER, MICHAEL, and
GREGORY, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Clarence J. Perry, Jr., appeals the dis-
trict court's order dismissing his 42 U.S.C.
§§ 1985, 1986 (2000) complaint under 28
U.S.C. § 1915A(b) (2006). We have re-
viewed the record and find no reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. *See Per-
ry v. Fulton,* No. 2:08–cv–00368–MSD–
TEM (E.D.Va. Aug. 14, 2008). We dis-

* The opinion is filed by a quorum of the panel

pense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED.*